# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 4:12-CR-00066** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **ANDRE PIERRE EASON**, and | : | |
| **DELILAH JANE CROUSE** | : | |

## **PROTECTIVE ORDER**

AND NOW, this 31st day of July, 2012, upon consideration of the United States' motion for a protective order (Doc. 45) filed May 16, 2012, and defendant Andre Pierre Eason's motion to compel discovery (Doc. 46), filed May 16, 2012, it is hereby ORDERED that:

1. Counsel for the defendants shall keep secure and confidential the contents of the consensual recordings involving the confidential informant and shall not copy or reproduce the recordings, except that defense counsel may orally disclose the contents of the said documents to the defendants and by allowing the defendants to listen to the recordings, which defense counsel must keep under counsel's control at all times.

2. Counsel for the defendants shall not copy or reproduce the recordings or provide copies of the same, whether in any form, including printed transcript or electronic form, to the defendants, or to any other person.

3. The defendants and defense counsel shall not disclose the contents of the recordings disclosed by the United States to any person, in any form whether printed or electronic; defense counsel may copy the recordings for use by counsel's support staff in preparation of a defense, and defense counsel's support staff shall be subject to all the requirements and restrictions contained in this order concerning the use, reproduction, and disclosure of the recordings.

4. If defense counsel believes it is necessary for the preparation of a defense in this case to disclose the contents of the recordings to any other person, defense counsel shall first make application to the court, under seal, with notice to the United States, requesting an order

authorizing disclosure of the information on the recordings prior to making any disclosure.

5.  Any person to whom disclosure of these materials is authorized shall be directed not to reproduce or disclose the contents of the recordings in any form or by any means to any other person, shall be served by defense counsel with a copy of this order and any subsequent order authorizing disclosure for the limited purpose of preparing a defense in this case, and shall acknowledge in writing that said person has been advised not to reproduce or disclose the contents of the recordings; and defense counsel shall file a copy of said signed acknowledgment with the court.

6.  The defendants, defendants' counsel, and any person to whom disclosure is authorized shall not make any use of the contents of the recordings except for the specific purpose of preparing and presenting a defense in this case.

7.  Neither the defendants, nor defendants' counsel, shall make any copies of the consensual recordings, in any form, and they shall return the consensual recordings and any copies of those materials to counsel for the Untied States not later than ten (10) days following the later of sentencing or other disposition of the charges in this case, or the conclusion of any direct appeal resulting from this case.

    /S Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge