**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 4:12-CR-066** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **ANDRE PIERRE EASON** | : | |
| **DELILAH JANE CROUSE** | : | |

**PRELIMINARY ORDER OF FORFEITURE**

IT IS HEREBY ORDERED THAT:

1.      As a result of the guilty pleas to the Informations entered by

defendants in which the Government sought forfeiture pursuant to 21 U.S.C. § 853,

the defendants shall forfeit to the United States the following:

> a)      All property involved in or traceable to offences involving
> 21 U.S.C. § 846;

> b)      Any property, real or personal, constituting or traceable to gross
> profits or other proceeds obtained directly or indirectly, as a
> result of such violations involving such offenses; and

> c)      Any property, real or personal, used or intended to be used in
> any manner or part to commit or facilitate the commission of
> the offenses involving 21 U.S.C. § 846.

2.      The Court has determined, based upon the defendants' guilty pleas,

that the following property is subject to forfeiture and that the government has

established the requisite nexus between such property and such offenses:

> a)      Hi-Point .45 caliber semi-automatic pistol, Serial No. X420582
> and magazine containing .45 ammunition;

> b)      Norinco Model 320 9mm semi-automatic Uzistyle rifle with
> wood thumbhole stock, Serial No. MSA08929;

c)      Taurus .375 caliber revolver Serial No. DR211633;

d)      Taurus .45 ACP caliber semi-automatic pistol, loaded with six .45 ACP rounds, Serial No. NDM32941;

e)      Romarm 7.62 caliber assault-type rifle, Serial No. KX-4720-80 and two 30-round capacity magazines loaded with 60 rounds of 7.62 ammunition;

f)      Approximately $840.00 in United States currency seized from Andre Pierre Eason on December 20, 2011 in Mahoning Township, Pennsylvania;

g)      Approximately $807.00 in United States currency seized from 608 4th Street, Nescopeck, Pennsylvania on December 21, 2011; and

h)      Approximately $1,585.00 in United States currency seized from Andre Pierre Eason in Berwick, Pennsylvania on February 29, 2012.

3.      After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

4.      The United States shall have clear title to the subject property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in 21 U.S.C. § 853(n)(1) for the filing of third party petitions.

5.      Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n)(1), in which all interests will be addressed.

6.    The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

7.    The Clerk of Court shall forward four certified copies of this order to Assistant U.S. Attorney James T. Clancy, U.S. Attorney's Office, Middle District of Pennsylvania.

SO ORDERED this 27th day of November, 2012.


 S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge